SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
IN SUN KIL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN SUN KIL, <br><br> Plaintiff, <br><br> vs. <br><br> SKYVIEW SUNSET, LLC; and DOES 1 through 10, <br><br> Defendants. | Case No.: 2:20-cv-11311 AB (AGRx) <br><br> **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
|---|---|

Notice is hereby given that Plaintiff In Sun Kil ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

DATED:  March 19, 2021                    **SO. CAL EQUAL ACCESS GROUP**


                                          _/s/ Jason J. Kim_
                                          JASON J. KIM
                                          Attorney for Plaintiff